JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA ALCLARAZ, ) | Case No. EDCV 08-1502-VAP (JCx) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| ETS SERVICES, LLC, DOE 1 ) and DOES 2-50, inclusive, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 9, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge